UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EVEREST NATIONAL INSURANCE COMPANY, | Case No. 5:15-cv-02085-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SANTA CRUZ COUNTY BANK, | |
| Defendant. | |

On 12/03/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 03/02/2017 at 9:00 AM |
| Final Pretrial Conference | 06/01/2017 at 1:30 PM |
| Trial | 06/26/2017 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding dates and deadlines to trial by 12/23/2015.

Dated:  12/3/2015

_____
BETH LABSON FREEMAN
United States District Judge